

**MINUTE ENTRY
SHUSHAN, M.J.
OCTOBER 30, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL H. LABORDE | CIVIL ACTION |
| versus | NUMBER 00-0076 |
| LIEUTENANT MIKE GUILLORY, ET AL. | SECTION "D" (1) |

A settlement conference is scheduled in the above-captioned case on Monday, November 13, 2000 at 2:00 P.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

On or before **November 8, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994.** All counsel are to have access to someone with full settlement authority.

DATE OF ENTRY
OCT 3 1 2000

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

