FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 14  PH 4: 51

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**NOVEMBER 14, 2000**

**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MICHAEL H. LABORDE** | **CIVIL ACTION** |
| **versus** | **NUMBER   00-0076** |
| **LIEUTENANT MIKE GUILLORY,**<br>**ETC., ET AL.** | **SECTION   "D" (1)** |

A settlement conference was held on November 13, 2000.

Present:

Charles J. Fulda, for the plaintiff;
Daniel R. Martiny, for the defendants;

Following discussions among the parties, the above-captioned case has settled.  The

U.S. District Judge's chambers have been notified.  Counsel and the parties are thanked for their

cooperation in amicably resolving this matter.

DATE OF ENTRY

NOV 1 5 2000

_____
**SALLY SHUSHAN**
**UNITED STATES MAGISTRATE JUDGE**

___Fee_____
___Process_____
X_/Dktd___ _____
___CtRmDep____
___Doc.No._____