```
                FILED
          U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

           2000 NOV 22  AM 8: 43

            LORETTA G. WHYTE
                CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL H. LABORDE                    CIVIL ACTION

VERSUS                                NUMBER 00-0076

LIEUTENANT MIKE GUILLORY,             SECTION "D" (1)
ETC., ET AL.

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a settlement and compromise, and that they need only execute releases and deliver funds in accordance with their agreement;

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time. With the consent of the parties, the Court retains jurisdiction over the settlement agreement for enforcement purposes.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 20 day of Nov, 2000.

DATE OF ENTRY
NOV 2 2 2000

UNITED STATES DISTRICT JUDGE